UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:17–cv–00660–JVS–JCG | Date | 11/13/2017 |
| Title | SPITZ TECHNOLOGIES CORPORATION V. NOBEL BIOCARE USA LLC ET AL | | |

Present: The Honorable  Jay C. Gandhi , U. S. Magistrate Judge

| Kristee Hopkins | CS 11/30/2017 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jan P. Weir | John B. Sganga, Jr. |
| Katherine J Brandt | Sheila N. Swaroop |

**Proceedings:** 1) DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES OF SPITZ TECHNOLOGIES CORPORATION [52]; 2) PLAINTIFF'S MOTION TO COMPEL ANSWERS TO FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS AND FIRST SET OF INTERROGATORIES TO NOBEL BICOARE USA LLC [56]

Case called. Appearances announced.

The parties argue.

Parties discovery motions [52], [56] are GRANTED IN PART AND DENIED IN PART as articulated on the record.

:31

Initials of Preparer:  kh