Jan P. Weir (SBN 106652)
jweir@mrllp.com
Kathrine J. Brandt (SBN 262740)
kbrandt@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone: (714) 557-7990
Facsimile: (714) 557-7991

Attorneys for Plaintiff
SPITZ TECHNOLOGIES CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SPITZ TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NOBEL BIOCARE USA, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 8:17-cv-00660-JVS-JCG<br><br>Honorable James V. Selna<br>Magistrate Judge Jay C. Gandhi<br><br>**JUDGMENT**<br><br>Date: N.A.<br>Time: N.A.<br>Courtroom: 10C<br><br>Complaint Filed: 4/11/2017<br>Discovery Cut-Off: 2/16/2018<br>Pre-Trial Conference: 7/19/2018<br>Trial: 7/24/2018 |

**[PROPOSED] JUDGMENT**

| | |
|---|---|
| 1 | Having considered the Motion for Summary Judgment of Defendant Nobel Biocare USA, LLC (Dkt. No. 114), and all the papers filed in support thereof, and all papers in opposition thereto filed by Plaintiff, and the oral argument of counsel at the February 26, 2018 hearing on the motion, IT IS HEREBY ORDERED THAT Defendant Nobel Biocare USA, LLC's Motion for Summary Judgment is GRANTED in its entirety in accordance with the opinion issued by the Court on March 2, 2018 (Dkt. Nos. 168, 169). |

**IT HEREBY ADJUDGED THAT**

Final judgment is entered in favor of Nobel Biocare USA, LLC, and against Spitz Technologies Corporation, on all claims asserted by Spitz Technologies Corporation and on Nobel Biocare USA LLC's first counterclaim for non-infringement.

None of the NobelActive® implants accused of infringement infringe, literally or under the doctrine of equivalents, directly or indirectly, any claim of U.S. Patent No. 7,008,227.

All claims asserted by Plaintiff Spitz Technologies Corporation are DISMISSED WITH PREJUDICE.

Nobel Biocare USA, LLC's second counterclaim for invalidity of U.S. Patent No. 7,008,227 is DISMISSED WITHOUT PREJUDICE.

Nobel Biocare USA, LLC is the prevailing party in this action.

As ordered on the record at the hearing on February 26, 2018, Nobel Biocare USA, LLC may bring a motion for attorneys' fees within fourteen (14) days of entry of this judgment. The Court will consider the motion in phases. The parties shall first brief the issue of Nobel Biocare USA LLC's entitlement to attorneys' fees. Should the Court determine that an award of fees to Nobel Biocare USA, LLC is appropriate, the parties shall then submit briefing on the amount of such fees ("second phase").

In the event that the Court determines that there is a basis to award fees, the Court will order Nobel Biocare USA LLC to produce promptly all invoices relating to any attorney fees it seeks from STC or STC's counsel, which invoices may be redacted to preserve privilege. The Court will confer with the parties with regard to the timing of production and briefing schedule for any second phase.

**IT IS SO ORDERED.**

Dated: March 20, 2018

_____
Honorable James V. Selna
United States District Judge